

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:08CR186

TERRENCE PETERS

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ordered that:

1. Peters's claims are dismissed;
2. Peters's § 2255 Motion (ECF No. 168) is denied;
3. Peters's request to amend (ECF No. 200) is denied;
4. The action is dismissed; and,
5. A certificate of appealability is denied.

Should Peters desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the ability to appeal.

The Clerk of the Court is directed to send a copy of this Order to Peters and counsel of record.

It is so ORDERED.

/s/  *REP*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 19, 2015